UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Donna Barrus,

       Plaintiff,　　　　　　　　　　Civil No.07-3605 (RHK/AJB)

vs.　　　　　　　　　　　　　　　**DISQUALIFICATION AND**
　　　　　　　　　　　　　　　　　**ORDER FOR REASSIGNMENT**

Wyeth and its division, and Wyeth
Pharmaceuticals, Inc.,

       Defendants.

     The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

     **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

     **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: August 7, 2007

                                         s/Richard H. Kyle
                                         RICHARD H. KYLE
                                         United States District Judge