**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**


Donna Barrus,

        Plaintiff,                          Civil No.07-3605 (RHK/AJB)

vs.                                  **DISQUALIFICATION AND**
                                  <u>**ORDER FOR REASSIGNMENT**</u>

Wyeth and its division, and Wyeth
Pharmaceuticals, Inc.,

        Defendants.


        The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

        **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

        **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: August 7, 2007


                                  <u>s/Richard H. Kyle</u>
                                  RICHARD H. KYLE
                                  United States District Judge